# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **KIOBA PROCESSING, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PROSPERITY BANCSHARES, INC. AND PROSPERITY BANK,**<br><br>Defendants. | **Case No. 6:22-cv-00770-ADA-DTG**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND STAY

Plaintiff Kioba Processing, LLC and defendants Prosperity Bancshares, Inc. and Prosperity Bank file this Joint Motion to Extend Stay and respectfully move this Court to extend the stay granted on June 5, 2023 an additional fourteen (14) days.

Good cause to extend the stay granted on June 5, 2023 exists because the parties are continuing to finalizing the terms of a settlement agreement. The parties therefore respectfully request that the Court extend the stay of all unreached deadlines in the case for an additional fourteen (14) days so that the parties may finalize the terms of a settlement agreement and then submit appropriate dismissal papers.

Dated: July 5, 2023                                   Respectfully submitted,

                                                                      */s/ Zachary H. Ellis*
                                                                      Zachary H. Ellis*

Texas State Bar No. 24122606
zellis@daignaultiyer.com
(512) 829-7992
Ronald M. Daignault (pro hac vice to be filed)*
Chandran B. Iyer (pro hac vice to be filed)
Tedd W. Van Buskirk (pro hac vice to be filed)*
Oded Burger (admitted pro hac vice) *
rdaignault@daignaultiyer.com
cbiyer@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
oburger@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive
Suite 150
Vienna, VA 22182

*Not admitted in Virginia*

**ATTORNEYS FOR PLAINTIFF ADVANCED TRANSACTIONS, LLC**

Respectfully submitted,

/s/ Kelly Ransom
Kelly E. Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado Street
Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
kelly.ransom@kellyhart.com

**ATTORNEYS FOR DEFENDANTS
PROSPERITY BANCSHARES, INC.
and PROSPERITY BANK**