UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KIOBA PROCESSING, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>PROSPERITY BANCSHARES, INC. AND PROSPERITY BANK,<br><br>      Defendants. | Case No. 6:22-cv-00770-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION TO EXTEND STAY**

Before the Court is the parties' Joint Motion to Extend Stay. Having reviewed the motion, the Court finds that it is meritorious. Accordingly, the parties' Joint Motion to Extend Stay is **GRANTED**.

**IT IS SO ORDERED.**

Signed this _____ day of _____, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE